# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129690

CAROLYN JEWELL and WILLIAM JEWELL,
       Plaintiffs-Appellants,

v

LORNA PINSON, M.D., LORNA G. PINSON,
M.D., P.L.L.C., THERESA BARTOS
HOLLADAY, D.O., THERESA BARTOS
HOLLADAY, D.O., P.C., and W.A. FOOTE
MEMORIAL HOSPITAL, INC.,
       Defendants-Appellees.

SC: 129690
COA: 255661
Jackson CC: 02-003254-NM

_____/

On order of the Court, the application for leave to appeal the September 1, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2006

_____
Clerk

d0406